UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LOCAL ACCESS, LLC and BLITZ
TELECOM CONSULTING, LLC,

    Plaintiffs,

v.                                       Case No:   6:14-cv-399-Orl-40TBS

PEERLESS NETWORK, INC.,

    Defendant.

## ORDER

The following motions are **GRANTED in part, DENIED in part, or RESOLVED by AGREEMENT** as stated on the record of proceedings conducted in open court on October 14, 2015:

- Plaintiff's Motion to Compel Corporate Representative Deposition of Defendant Following Discovery Deadline (Doc. 80);

- Plaintiff's Motion to Compel Production of Documents and Better Responses to Request for Production (Doc. 90);

- Plaintiff's Renewed Motion to Compel Responses and/or Better Responses to Interrogatories (Doc. 91);

- Plaintiffs' Motion to Compel Defendant to Produce Unredacted Documents and Motion for Sanctions (Doc. 92); and

- Plaintiffs' Supplemental Motion to Compel Corporate Representative Deposition Following Discovery Deadline (Doc. 94).

**DONE** and **ORDERED** in Orlando, Florida on October 14, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record