IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LOCAL ACCESS, LLC &
BLITZ TELECOM CONSULTING, LLC.,

    Plaintiffs,

CASE NO.: 6:14-CV-399-ORL-40TBS

v.

PEERLESS NETWORK, INC.,

    Defendant.

_____/

**PLAINTIFFS' NOTICE OF FILING EXHIBITS TO STATEMENT OF POSITION ON ORDERS AND STIPULATIONS OF RECORD AT THE OCTOBER 14, 2015 HEARING**

Plaintiffs hereby files Exhibits 1 and 2 to their Statement of Position on Orders and Stipulations of Record the October 14, 2015 Hearing (Doc. 153), that were inadvertently excluded from the filing.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the __5th__ day of __November__, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: Henry T. Kelley, Esq. (hkelley@kelleydrye.com), Matthew C. Luzadder, Esq. (mluzadder@kelleydrye.com), Michael R. Dover, Esq. (mdover@kelleydrye.com), KELLEY DRYE & WARREN, LLP, 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606; and Ronnie J. Bitman, Esq. (rbitman@pearsonbitman.com), PEARSON BITMAN, LLP, 485 N. Keller Road, Suite 401, Maitland, FL 32751.

    */s/ Ernest J. Myers*
    **ERNEST J. MYERS, ESQUIRE**
    Florida Bar No.: 947350
    Email: emyers@marcusmyerslaw.com
    MARCUS & MYERS, P.A.
    1515 Park Center Drive, Suite 2G

1

Orlando, Florida 32835
Tel:    407-447-2550 / Fax:   407-447-2551
Counsel for Plaintiffs, Local Access, LLC
and Blitz Telecom Consulting, LLC