**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

**LOCAL ACCESS, LLC and BLITZ TELECOM CONSULTING, LLC,**

      **Plaintiffs,**

**v.**                                                       **Case No: 6:14-cv-399-Orl-40TBS**

**PEERLESS NETWORK, INC.,**

      **Defendant.**

| | | | |
|---|---|---|---|
| **UNITED STATES MAGISTRATE JUDGE:** | Thomas B. Smith | **COUNSEL FOR PLAINTIFF:** | Ernest Myers (Appearing telephonically) |
| **DEPUTY CLERK:** | Trish LeGros | | |
| **RECORDING:** | Digital | **COUNSEL FOR DEFENDANT:** | Henry T. Kelly (Appearing telephonically) |
| **DATE/TIME:** | November 6, 2015 3:00 P.M.- 3:19 P.M. | | |
| **TOTAL TIME:** | 19 minutes | | |

**CLERK'S MINUTES**
**Telephonic Discovery Hearing**

Case called, appearances made, procedural setting by the Court.
Parties address issues with the Court.

Court adjourned.