# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| LOCAL ACCESS, LLC and BLITZ TELECOM CONSULTING, LLC,<br><br>*Plaintiffs*<br><br>v.<br><br>PEERLESS NETWORK, INC.<br><br>*Defendant / Counterclaim Plaintiff*<br><br>v.<br><br>LOCAL ACCESS, LLC<br><br>*Counterclaim Defendant.* | Civil Action No.<br><br>6:14-cv-00399-PGB-TBS |

## EXHIBIT E-2

Verdict Form – Plaintiffs' Complaint
Verdict Form – Defendant's Counterclaims

**VERDICT FORM – PLAINTIFFS' COMPLAINT**

Please answer the questions in the order they are numbered, starting with Question 1, and then follow the instructions appearing after your answer. An instruction may tell you to skip to a later question. If so, do not answer any of the questions the instruction tells you to skip.

**BREACH OF CONTRACT**

**Local Access performance**
[1]   Did Local Access prove that it utilized Peerless as its tandem service provider?

YES __ NO __

If your answer to question [1] is NO, then your deliberations on Blitz's Breach of Contract claim are complete. Skip to question [16]. If you answered yes to question [1], go to question [2].

[2]   Did Local Access prove that it refrained from entering the transit service market within the Peerless network footprint?

YES __ NO __

If your answer to question [2] is NO, your deliberations on Blitz's Breach of Contract claim are complete. Skip to question [16]. If you answered yes to question [2], go to question [3].

[3]   Did Local Access prove that the contract does not require Local Access to receive all necessary authorizations and interconnection agreements with Verizon and AT&T to operate as a Local Exchange Carrier in a timely manner?

YES __ NO __

If your answer to question [3] is NO, skip to question [5]. If your answer to question [3] is YES, go to question [4].

[4]   Did Local Access prove that it received all necessary authorizations and interconnection agreements with Verizon and AT&T to operate as a Local Exchange Carrier in a timely manner?

YES __ NO __

If your answer to question [4] is NO, your deliberations on Blitz's Breach of Contract claim are complete. Skip to question [16]. If your answer to question [4] is YES, go to question [5].

**Peerless performance**
[5]   Did Local Access prove that, under the contract, Peerless was required to do any of the following?

   a.   Assign or refer all Prepaid Calling Card clients that desired to purchase Local Origination Services to Local Access;

    b. Allow Local Access to be the sole and exclusive provider of Local Origination Services to all Prepaid Calling Card business through Peerless; **or**

    c. Allow Local Access to have the sole authority to negotiate Peerless's pricing and terms with Prepaid Calling Card clients.

YES __ NO __

If your answer to question [5] is NO, your deliberations on Local Access's Breach of Contract claim are complete. Skip to question [16]. If your answer to question [5] is YES, go to question [6].

[6] Did Local Access prove **any** of the following?

    a. Peerless did not assign or refer to Local Access all Prepaid Calling Card clients who desired to purchase Local Origination Services;

    b. Peerless continued to provide Local Origination Services to support Prepaid Calling Card clients; **or**

    c. Peerless continued to negotiate pricing and terms with Prepaid Calling Card clients.

YES __ NO __

If your answer to question [6] is NO, your deliberations on Blitz's Breach of Contract claim are complete. Skip to question [16]. If your answer to question [6] is YES, go to question [7].

**Damages element**
[7] Did Local Access prove that it sustained damage resulting from Peerless's failure to perform the contract?

YES __ NO __

If your answer to question [7] is NO, your deliberations on Blitz's Breach of Contract claim are complete. Skip to question [16]. If your answer to question [7] is YES, go to question [8].

**Affirmative defenses**
[8] Did Peerless prove that, even though it failed to perform one or more obligations under the contract, Local Access cannot enforce those requirements because Local Access—

    a. Knew of its rights under the terms of the contract between the parties; **and**

    b. Through its statements or conduct, evidenced an intention to relinquish its rights under one or several terms of the contract?

YES __ NO __

If your answer to question [8] is YES, your deliberations on Blitz's Breach of Contract claim are complete. Skip to question [16]. If your answer to question [8] is NO, go to question [9].

[9]  Did Peerless prove that, even though it failed to perform one or more obligations under the contract, Local Access cannot enforce those requirements because—

   a.  Local Access, through its affirmative conduct or its silence, induced Peerless to change its position;

   b.  Local Access intended that Peerless would act upon its statements or its silence;

   c.  Peerless reasonably relied upon the representations to its detriment; **and**

   d.  Peerless would suffer harm if Local Access is now permitted to deny the effect of such express or implied representations?

YES __ NO __

If your answer to question [9] is YES, your deliberations on Blitz's Breach of Contract claim are complete. Skip to question [16]. If your answer to question [9] is NO, go to question [10].

[10]  Did Peerless prove that, even though it failed to perform one or more obligations under the contract, Local Access cannot enforce those requirements because—

   a.  Peerless performed as an alternative or substitute by entering into a contract with Messrs. Russell and Rosenblit's other company, Local Access; **and**

   b.  Blitz accepted this substitute performance in satisfaction of Peerless' obligations under the contract?

YES __ NO __

If your answer to question [10] is YES, your deliberations on Blitz's Breach of Contract claim are complete. Skip to question [16]. If your answer to question [10] is NO, go to question [11].

[11]  Did Peerless prove that, even though it failed to perform one or more obligations under the contract, Local Access cannot enforce those requirements because Peerless is prohibited by law from refusing to provide services to any customer?

YES __ NO __

If your answer to question [11] is YES, your deliberations on Blitz's Breach of Contract claim are complete. Skip to question [16]. If your answer to question [11] is NO, go to question [12].

[12]  Did Peerless prove that, even though it failed to perform one or more obligations under the contract, Local Access cannot enforce those requirements because—

   a.  Local Access, through its affirmative conduct or its silence, induced Peerless to change its position;

   b.  Local Access intended that Peerless would act upon its statements or its silence;

    c. Peerless reasonably relied upon the representations to its detriment; **and**

    d. Peerless would suffer harm if Local Access is now permitted to deny the effect of such express or implied representations?

YES __ NO __

If your answer to question [12] is YES, your deliberations on Blitz's Breach of Contract claim are complete. Skip to question [16]. If your answer to question [12] is NO, go to question [9].

**Measure of damages**

[13] How much revenue, if any, did Local Access prove with reasonable certainty it lost as a result of Peerless failing to assign or refer to Local Access all Prepaid Calling Card clients who desired to purchase Local Origination Services?

$_____

Go to question [10].

[14] Did Peerless prove that Local Access could have avoided its monetary losses, in whole or in part, by making reasonable efforts and taking ordinary care?

YES __ NO __

If your answer to question [10] is NO, your deliberations on Blitz's Breach of Contract claim are complete. Skip to question [16]. If your answer to question [10] is YES, go to question [11].

[15] What amount of monetary losses did Peerless prove that Local Access could have avoided by making reasonable efforts and taking ordinary care?

$_____

Go to question [16].

**FRAUDULENT INDUCEMENT**

[16] Did Blitz prove that Peerless made a false statement concerning a material fact to Blitz?

YES __ NO __

If your answer to question [16] is NO, your deliberations on Blitz's Fraudulent Inducement claim are complete. Skip to question [22]. If your answer to question [16] is YES, go to question [17].

[17] Did Blitz prove that Peerless knew the statement was false when it made it?

YES __ NO __

If your answer to question [17] is NO, your deliberations on Blitz's Fraudulent Inducement claim are complete. Skip to question [22]. If your answer to question [17] is YES, go to question [18].

[18]  Did Blitz prove that Peerless intended for Blitz to rely on the false statement?

YES __ NO __

If your answer to question [18] is NO, your deliberations on Blitz's Fraudulent Inducement claim are complete. Skip to question [22]. If your answer to question [18] is YES, go to question [20].

[19]  Did Blitz prove that it relied on the false statement by substantially changing its position?

YES __ NO __

If your answer to question [19] is NO, your deliberations on Blitz's Fraudulent Inducement claim are complete. Skip to question [22]. If your answer to question [19] is YES, go to question [20].

[20]  Did Blitz prove that the false statement the legal cause of loss or damage to Blitz?

YES __ NO __

If your answer to question [20] is NO, your deliberations on Blitz's Fraudulent Inducement claim are complete. Skip to question [22]. If your answer to question [20] is YES, go to question [21].

[21]  What amount of money will put Blitz in as good a position as it would have been in if Peerless had not fraudulently induced it not to sell assets to West Corporation?

$_____

Go to question [22].

**INTERFERENCE WITH BUSINESS RELATIONS**

[22]  Did Blitz prove that it had a business relationship with West Corporation?

YES __ NO __

If your answer to question [22] is NO, your deliberations on Blitz's Fraudulent Inducement claim are complete. Skip to the Section below titled "Verdict Instructions." If your answer to question [22] is YES, go to question [23].

[23]  Did Blitz prove that Peerless interfered with Blitz's business relationship with West Corporation by inducing or otherwise causing West Corporation not to purchase Blitz's assets or otherwise enter into a contract with Blitz for the sale of assets?

YES __ NO __

If your answer to question [23] is NO, your deliberations on Blitz's Fraudulent Inducement claim are complete. Skip to the Section below titled "Verdict Instructions." If your answer to question [23] is YES, go to question [24].

[24]  Did Blitz prove that Peerless interfered with Blitz's business relationship with West Corporation for a reason other than advancing its own financial interests?

YES __ NO __

If your answer to question [24] is NO, your deliberations on Blitz's Fraudulent Inducement claim are complete. Skip to the Section below titled "Verdict Instructions." If your answer to question [24] is YES, go to question [25].

[25] What amount of money will put Blitz in as good a position as it would have been if Peerless had not interfered with the business relationship?

$_____

Go to the Section below titled "Verdict Instructions."

**VERDICT INSTRUCTIONS**
Complete the table below by copying dollar amounts and performing arithmetic as instructed:

| Row | Instruction | Value |
| --- | --- | --- |
| 1. | Copy amount, if any, from question [9]: | |
| 2. | Copy amount, if any, from question [21]: | |
| 3. | Copy amount, if any, from question [25]: | |
| 4. | Add rows 1–3 and enter result here: | |
| 5. | Copy amount, if any, from question [11]: | |
| 6. | Subtract row 5 from row 4 and enter result here: | |

If the Value in row 6 of the above table is not $0, go to the Section below titled "Verdict A," copy the Value in row 6 in the appropriate blank, and have the Jury Foreperson sign and date the Verdict Form.

If the Value in row 6 of the above table is $0, go to the Section below titled "Verdict B."

## VERDICT A

We, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of Local Access, LLC, and Blitz Telecom Consulting, LLC on the claims contained in the Complaint and find the full damages due to Local Access, LLC, and Blitz Telecom Consulting, LLC on such claims to be $_____.

_____                                          _____
                Dated                                                                                                  Jury Foreperson

## VERDICT B

We, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of Peerless Network Inc. on the claims contained in the Complaint.

_____                          _____
                Dated                                                                            Jury Foreperson

**VERDICT FORM – DEFENDANT'S COUNTERCLAIM**

Please answer the questions in the order they are numbered, starting with Question 1, and then follow the instructions appearing after your answer. An instruction may tell you to skip to a later question. If so, do not answer any of the questions the instruction tells you to skip.

**BREACH OF CONTRACT**

**Existence of a contract**
[1]   Did Peerless prove that it made an offer to Local Access to provide the Locus DS-3s at a rate of $500.00 each per month?

YES __ NO __

If your answer to question [1] is NO, your deliberations on Peerless' Breach of Contract claim are complete. Skip to the Section titled "Verdict Form B." If your answer to question [1] is YES, go to question [2].

[2]   Did Peerless prove that Local Access agreed to pay for the Locus DS-3s at a rate of $500.00 each per month?

YES __ NO __

If your answer to question [2] is NO, your deliberations on Peerless' Breach of Contract claim are complete. Skip to the Section titled "Verdict Form B." If your answer to question [2] is YES, go to question [3].

**Peerless Performance**
[3]   Did Peerless prove that it provided the Locus DS-3s as required by the contract?

YES __ NO __

If your answer to question [3] is NO, your deliberations on Peerless' Breach of Contract claim are complete. Skip to the Section titled "Verdict Form B." If your answer to question [3] is YES, go to question [4].

[4]   Did Peerless prove that it was not required to render a bill for services within 60 days of providing the services?

YES __ NO __

If your answer to question [4] is NO, your deliberations on Peerless' Breach of Contract claim are complete. Skip to the Section titled "Verdict Form B." If your answer to question [4] is YES, go to question [5].

**Local Access Performance**
[5]   Did Peerless prove that Local Access failed to pay $500 per month per Locus DS-3?

YES __ NO __

If your answer to question [5] is NO, your deliberations on Peerless' Breach of Contract claim are complete. Skip to the Section titled "Verdict Form B." If your answer to question [5] is YES, go to question [6].

**Damages Element**
[6]   Did Peerless prove that Local Access' failure to pay for the Locus DS-3s caused damage to Peerless?

YES __ NO __

If your answer to question [6] is NO, your deliberations on Peerless' Breach of Contract claim are complete. Skip to the Section titled "Verdict Form B." If your answer to question [6] is YES, go to question [7].

**Affirmative Defenses**
[7]   Did Local Access prove that, even though it failed to perform one or more obligations under the contract, Local Access cannot enforce those requirements because—

   a. Peerless knew of its rights under the terms of the contract between the parties; **and**

   b. Peerless, through its statements or conduct, evidenced an intention to relinquish its rights under one or several terms of the contract?

YES __ NO __

If your answer to question [7] is YES, your deliberations on Peerless' Breach of Contract claim are complete. Skip to the Section titled "Verdict Form B." If your answer to question [7] is NO, go to question [8].

[8]   Did Local Access prove that, even though it failed to perform one or more obligations under the contract, Local Access cannot enforce those requirements because—

   a. Peerless, through its affirmative conduct or its silence, induced Local Access to change its position;

   b. Peerless intended that Local Access would act upon its statements or its silence;

   c. Local Access reasonably relied upon the representations to its detriment; **and**

   d. Local Access would suffer harm if Peerless is now permitted to deny the effect of such express or implied representations?

YES __ NO __

If your answer to question [8] is YES, your deliberations on Peerless' Breach of Contract claim are complete. Skip to the Section titled "Verdict Form B." If your answer to question [8] is NO, go to question [9].

**Measure of Damages**

[9]  How much money, if any, did Peerless prove with reasonable certainty it lost as a result of Local Access failing to pay for the Locus DS3s?

$_____

Go to question [10].

[10]  Did Peerless prove that Local Access could have avoided its monetary losses, in whole or in part, by making reasonable efforts and taking ordinary care?

YES __ NO __

If your answer to question [10] is NO, your deliberations on Local Access' Breach of Contract claim are complete. Skip to the Section titled "Verdict Form B." If your answer to question [10] is NO, go to question [11].

[11]  What amount of monetary losses did Local Access prove that Peerless could have avoided by making reasonable efforts and taking ordinary care?

$_____

**VERDICT INSTRUCTIONS**
Complete the table below by copying dollar amounts and performing arithmetic as instructed:

| Row | Instruction | Value |
|---|---|---|
| 1. | Copy amount, if any, from question [9]: | |
| 2. | Copy amount, if any, from question [11]: | |
| 3. | Subtract row 2 from row 1 and enter result here: | |

If the Value in row 3 of the above table is not $0, go to the Section below titled "Verdict A," copy the Value in row 3 in the appropriate blank, and have the Jury Foreperson sign and date the Verdict Form.

If the Value in row 3 of the above table is $0, go to the Section below titled "Verdict B."

**VERDICT A**

We, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of Peerless Network on the counterclaims contained in the Answer and Counterclaims and find the full damages due to Peerless Network on such claims to be $ _____.

_____                              _____
Dated                                                                                                 Jury Foreperson

## VERDICT B

We, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of Local Access, LLC, and Blitz Telecom Consulting, LLC on the counterclaims contained in the Answer and Counterclaims.

_____     _____
Dated                                                                               Jury Foreperson