UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LOCAL ACCESS, LLC and BLITZ
TELECOM CONSULTING, LLC,

    Plaintiffs,

v.                                                Case No: 6:14-cv-399-Orl-40TBS

PEERLESS NETWORK, INC.,

    Defendant.

## ORDER

This case comes before the Court without oral argument on Peerless Network, Inc.'s Motion for Leave to File Under Seal (Doc. 382), and Plaintiffs' Unopposed Motion to Seal Pursuant to Court Order their Response to Defendant's Corrected Motion to Clarify and Stay Enforcement of the Court's August 10, 2017 Order and the Exhibits Thereto (Doc. 384)..

Plaintiff, Local Access, LLC and Defendant, Peerless Network, Inc. provide local telephone services, network connectivity and other related telecommunication products and services (Doc. 185 at 4). Plaintiff, Blitz Telecom Consulting, LLC is a marketing company which aggregates services from multiple telecommunications carriers and then markets and re-sells those services to its customers (Id.). The parties' business dealings have resulted in this case and two others in this Court: Case No. 6:14-cv-307-Orl-40GJK, which went to trial, and Case No. 6:17-cv-236-Orl-40TBS which is pending.

The litigation has resulted in the production of the parties' confidential and proprietary financial and business information, and documentation of their settlement negotiations. To protect this information, the Court has entered a Protective Order (Doc.

67), Orders to Seal (Docs. 103, 115, 120, 128, 146, 148, 161, 167, 192, 199, 289, 345, 352, 360, 374), and its own Sealed Order (Doc. 364).

For the reasons explained in these prior Orders, the Court finds that the parties have demonstrated good cause and accordingly, except for the duration of the seal requested, it **GRANTS** both motions. Peerless may file its unredacted opposition to Plaintiffs' motion to hold Peerless in contempt, and Plaintiffs may file their response to Peerless' corrected motion to clarify and stay enforcement of the Court's August 10, 2017 Order, and the exhibits to that response **UNDER SEAL**. The Clerk shall maintain the un-redacted papers **UNDER SEAL** until the earlier of: (1) an order unsealing same; (2) one year from the date of this Order; or (3) the conclusion of the case, including any appeals. Prior to the expiration of the seal, any party may file a motion to extend the seal.

**DONE** and **ORDERED** in Orlando, Florida on September 26, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record