# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

LOCAL ACCESS, LLC and BLITZ
TELECOM CONSULTING, LLC,

        Plaintiffs,

v.                                        Case No:  6:14-cv-399-Orl-40TBS

PEERLESS NETWORK, INC.,

        Defendant.

_____/

## ORDER

This cause is before the Court on Appellees' Motion for Appellate Attorney's Fees (Doc. 418) filed on October 10, 2018, and Appellees' Amended and Corrected Motion for Appellate Attorneys' Fees (Doc. 421) filed on October 10, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed October 17, 2018 (Doc. 422), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Appellees' Motion for Appellate Attorney's Fees (Doc. 418) and Appellees' Amended and Corrected Motion for Appellate Attorneys' Fees (Doc. 421) are **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on November 2, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties